Before STATE INDUSTRIAL BOARD, Respondent.   CATHERINE NEWMAN and Others, Respondents, v. PREMIER & POTTER PRINTING PRESS CO., INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

SMITH O'BRIEN, Respondent, v. CHARLES ONDERDONK, THE CITY OF ALBANY and JAMES F. FINN, Appellants.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent.   JAMES OESTREICHER, Respondent, v. TAYLOR & COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.   DAVID OLMSTEAD, Respondent, v. ROCHESTER BALL BEARING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. H. H. BABCOCK COMPANY, Relator, v. MICHAEL J. WALSH and Others, as and Constituting the State Tax Commission, Respondents.— Motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BUTLER, INC., Relator, v. WALTER W. LAW, JR., and Others, as and Constituting the State Tax Commission, Respondents.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent.   JULIA PERRONE, Respondent, v. M. H. ROTHSCHILD, INC., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.   BENDETTO PINZARRONE, Respondent, v. IRA S. BUSHEY & SONS and Another, Appellants.— Award reversed and matter remitted to State Industrial Board, with costs against said Board to abide the event, to take further proof as to whether or not the employee at the time he received his injuries was working under a maritime contract.   All concur.

Before STATE INDUSTRIAL BOARD, Respondent.   BENJAMIN ROSENFELD, Respondent, v. MAX ROSENFELD and Another, Appellants.— Motion denied.

HERBERT ROBINSON, an Infant, by WINFIELD ROBINSON, His Guardian ad Litem, Respondent, v. THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF MONTICELLO, Appellants.— Motion denied, with ten dollars costs.

ANDREW W. RATH and Others, Respondents, v. THE TEXAS COMPANY, Appellant.— Motion denied, with ten dollars costs.   Van Kirk, J., not sitting.